UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

JUL 23 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 0:26-CR-35-DLB-CJS

BRIAN CHARLES,
aka BUTTERBEAN

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about July 7, 2026, in Johnson County, in the Eastern District of Kentucky,

**BRIAN CHARLES,
aka BUTTERBEAN,**

did knowingly and intentionally possess with intent to distribute controlled substances, including 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about July 7, 2026, in Johnson County, in the Eastern District of Kentucky,

**BRIAN CHARLES,**
**aka BUTTERBEAN,**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with the intent to distribute controlled substances, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
**18 U.S.C. § 922(g)(1)**

On or about July 7, 2026, in Johnson County, in the Eastern District of Kentucky,

**BRIAN CHARLES,**
**aka BUTTERBEAN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is: (1) an Olympia .22 caliber semi-automatic handgun bearing serial number B1439; (2) a North American Arms .22 caliber revolver bearing serial number L017502; (3) a Smith & Wesson .380 caliber handgun frame bearing serial number EAP2687; (4) a Ruger, Model EC9S, 9mm caliber semi-automatic handgun bearing serial number 459-24897; (5) a Diamondback, Model DB9, 9mm caliber semi-automatic handgun bearing serial number YL8337; (6) a Ruger, Model LCP, 9mm caliber semi-automatic handgun bearing serial number 372613662; (7) a Heritage .22 caliber revolver bearing serial number Y59173; (8) a Taurus .38 special caliber revolver bearing serial number HP97806; (9) a Revelation .410 caliber bolt-action shotgun bearing serial number 460439, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **BRIAN CHARLES, aka BUTTERBEAN,** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **BRIAN CHARLES, aka BUTTERBEAN,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **BRIAN CHARLES, aka BUTTERBEAN,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and 924. Any and all interest that **BRIAN CHARLES, aka BUTTERBEAN,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following which was seized from **BRIAN CHARLES, aka BUTTERBEAN,** on or about July 7, 2026:

### FIREARMS:
a. Olympia .22 caliber semi-automatic handgun bearing serial number B1439;
b. North American Arms .22 caliber revolver bearing serial number L017502;

c. Smith & Wesson .380 caliber handgun frame bearing serial number EAP2687;

d. Ruger, Model EC9S, 9mm caliber semi-automatic handgun bearing serial number 459-24897;

e. Diamondback, Model DB9, 9mm caliber semi-automatic handgun bearing serial number YL8337;

f. Ruger, Model LCP, 9mm caliber semi-automatic handgun bearing serial number 372613662;

g. Heritage .22 caliber revolver bearing serial number Y59173;

h. Taurus .38 special caliber revolver bearing serial number HP97806;

i. Revelation .410 caliber bolt-action shotgun bearing serial number 460439; and

j. All associated ammunition and accessories.

**UNITED STATES CURRENCY:**

a. Approximately $23,713.00 in United States currency

4.    If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

ANDREW H. TRIMBLE
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**COUNT 2:** Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**COUNT 3:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.